| | |
|---|---|
| SEYFARTH SHAW LLP<br>James D. McNairy (SBN 230903)<br>Email: jmcnairy@seyfarth.com<br>Michael G. Cross (SBN 268999)<br>Email: mcross@seyfarth.com<br>400 Capitol Mall, Suite 2350<br>Sacramento, California 95814-4428<br>Telephone:    (916) 448-0159<br>Facsimile:     (916) 558-4839<br><br>Attorneys for Defendant<br>A.J.M. PACKAGING, INC. | FISHER & PHILLIPS LLP<br>Alden J. Parker (SBN 196808)<br>Email: aparker@fisherphillips.com<br>Katherine P. Sandberg (SBN 301117)<br>Email: ksandberg@fisherphillips.com<br>1215 K Street, 17th Floor<br>Sacramento, California 95814<br>Telephone:    (916) 440-0865<br>Facsimile:     (916) 440-0993<br><br>Attorneys for Plaintiffs<br>DURO HILEX POLY, LLC and<br>LORAL YOUNG |

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURO HILEX POLY LLC, a Delaware Limited Liability Company, and LORAL YOUNG, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>AJM PACKAGING, INC., a Michigan Corporation; and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 2:16-CV-02078-JAM-DB<br><br>**STIPULATION TO CONTINUE RULE 26(f) CONFERENCE DEADLINE**<br><br>Complaint Filed:  August 9, 2016 |

Plaintiffs Duro Hilex Poly LLC and Loral Young ("Plaintiffs") and defendant AJM Packaging, Inc. ("Defendant") by and through their attorneys of record, hereby stipulate and agree that:

WHEREAS, Plaintiffs filed the instant action in the Superior Court of California, County of Sacramento, as Case Number 34-2016-00198679, on August 9, 2016 (the "Action");

WHEREAS, on August 30, 2016, Defendant removed the Action to the United States District Court, Eastern District of California;

WHEREAS, in its August 31, 2016, Order Requiring Joint Status Report, the Court ordered the Parties to submit a joint status report within 60 days of removal;

WHEREAS, upon assessment of the matter, the Parties have determined that it is likely they will be able to resolve the Action without further litigation, and that the resources of the

1  Court and the Parties would best be conserved if the Parties had an additional 35 days to submit a
2  joint status report;
3      WHEREAS, Local Rule 143(a)(1) of the United States District Court for the Eastern
4  District of California provides that parties may submit stipulations in writing, signed by all
5  attorneys;
6      WHEREAS, a 35-day extension will not alter the date of any event or deadline already
7  fixed by this Court;
8      IT IS HEREBY STIPULATED by and between Plaintiffs, on the one hand, and
9  Defendant, on the other, through their respective counsel of record herein, that the Parties should
10 be provided an additional 35 days, up to and including December 2, 2016, to submit their joint
11 status report.
12     **IT IS SO STIPULATED.**
13 DATED: October 28, 2016        SEYFARTH SHAW LLP

15                         By:  /s/ James D. McNairy
16                             James D. McNairy
                            Michael G. Cross
17                         Attorneys for Defendant
                        A.J.M. PACKAGING, INC.
18 DATED: October 28, 2016        FISHER & PHILLIPS LLP

20
21                         By:  /s/ Alden J. Parker
                            Alden J. Parker
22                         Attorneys for Plaintiffs
                        DURO HILEX POLY LLC and LORAL
23                         YOUNG

**ORDER**

The Court, having duly considered the Parties' stipulation to extend the time to submit a joint status report, and good cause appearing, hereby orders as follows:

The Parties' deadline to file a their joint status report shall be extended to December 2, 2016.

**IT IS SO ORDERED.**

Dated: October 28, 2016                     /s/ John A. Mendez
                                            JOHN A. MENDEZ
                                            UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE RULE 26(F) CONFERENCE DEADLINE

35434975v.1