# UNITED STATES DISTRICT COURT

EASTERN **District of** CALIFORNIA

DURO HILEX POLY, LLC, etc., et al.,
Plaintiff (s),

V.

AJM PACKAGING, INC., etc., et al.
Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**CASE** 2:16-cv-02078-JAM-DB

Notice is hereby given that, subject to approval by the court, __AJM PACKAGING, INC.__ substitutes
(Party (s) Name)

__James D. McNairy__, State Bar No. __230903__ as counsel of record in
(Name of New Attorney)

place of __Seyfarth Shaw, LLP (James McNairy)__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | BOUTIN JONES INC. |
| Address: | 555 Capitol Mall, Suite 1500, Sacramento, CA 95814 |
| Telephone: | (916) 321-4444   Facsimile (916) 441-7597 |
| E-Mail (Optional): | jmcnairy@boutinjones.com |

I consent to the above substitution.        AJM PACKAGING, INC.

Date: August    , 2017                       /s/ Guy Miele
                                             (Signature of Party (s))

I consent to being substituted.              SEYFARTH SHAW, LLP

Date: August 11, 2017                        /s/ Kristine Launey
                                             (Signature of Former Attorney (s))

I consent to the above substitution.

Date: August 11, 2017                        /s/ James McNairy
                                             (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 9/19/2017                              /s/ John A. Mendez
                                             Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**

886897.2