FISHER & PHILLIPS LLP
Alden J. Parker, State Bar No. 196808
Email: aparker@fisherphillips.com
Katherine P. Sandberg, State Bar No. 301117
Email: ksandberg@fisherphillips.com
621 Capitol Mall, Suite 1400
Sacramento, CA 95814
Telephone: (916) 210-0400
Facsimile: (916) 210-0401

Attorneys for Plaintiffs
DURO HILEX POLY, LLC AND LORAL YOUNG

BOUTIN JONES INC.
James D. McNairy (SBN 230903)
jmcnairy@boutinjones.com
Andrew M. Ducart (SBN 293714)
aducart@boutinjones.com
555 Capitol Mall, Suite 1500
Sacramento, CA 95814
Telephone: 916.321.4444
Facsimile: 916.441.7597

Attorneys for Defendant, AJM PACKAGING, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO)

| | |
|---|---|
| DURO HILEX POLY, LLC, a Delaware Limited Liability Company, and LORAL YOUNG, an individual,<br><br>      Plaintiffs,<br><br> vs.<br><br>AJM PACKAGING, INC., a Michigan Corporation; and DOES 1-20, inclusive,<br><br>      Defendants. | Case No. 2:16-cv-02078-JAM-DB<br><br>**STIPULATION AND ORDER TO EXTEND PARTIES' TIME TO FILE DISPOSITIONAL DOCUMENTS** |

/ / /

/ / /

1

STIPULATION AND [PROPOSED] ORDER TO EXTEND PARTIES' TIME TO FILE DISPOSITIONAL DOCUMENTS

899665.1

Plaintiffs DURO HILEX POLY, LLC and LORAL YOUNG (collectively "Plaintiffs") and AJM PACKAGING, INC. ("Defendant") (collectively the "Parties") hereby stipulate and respectfully request that the Court enter an order pursuant to Local Rule 160(b) extending the Parties' time to file dispositional documents from the current deadline of October 12, 2017, to November 2, 2017.

Good cause exists for the Parties' request because the Parties have been working together in good faith to finalize the details of the settlement agreement, and anticipate that they will be able to complete their written settlement agreement and file all necessary dispositional documents in this matter on or before the requested extended deadline of November 2, 2017. This is the Parties' first request for an extension of time regarding the deadline to file dispositional documents in this matter.

Date: October 11, 2017      FISHER & PHILLIPS LLP

By: */s/ Alden J. Parker* (as authorized on October 10, 2017)
    Alden J. Parker
    Katherine P. Sandberg

    Attorneys for Plaintiffs
    DURO HILEX POLY, LLC AND LORAL YOUNG

Date: October 11, 2017      BOUTIN JONES INC.

By: */s/ James D. McNairy*
    James D. McNairy
    Andrew M. Ducart

    Attorneys for Defendant
    AJM PACKAGING, INC.

## **ORDER**

Pursuant to stipulation and Local Rule 160(b), and for good cause shown, the Parties' deadline to file dispositional documents in this action is extended to November 2, 2017.

IT IS SO ORDERED.

Dated: 10/11/17 /s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE