| | |
|---|---|
| 1 | FISHER & PHILLIPS LLP |
| | Alden J. Parker, State Bar No. 196808 |
| 2 | Email: aparker@fisherphillips.com |
| | Katherine P. Sandberg, State Bar No. 301117 |
| 3 | Email: ksandberg@fisherphillips.com |
| | 621 Capitol Mall, Suite 1400 |
| 4 | Sacramento, CA 95814 |
| | Telephone: (916) 210-0400 |
| 5 | Facsimile: (916) 210-0401 |
| 6 | Attorneys for Plaintiffs |
| | DURO HILEX POLY, LLC AND LORAL YOUNG |
| 7 | |
| 8 | BOUTIN JONES INC. |
| | James D. McNairy (SBN 230903) |
| 9 | jmcnairy@boutinjones.com |
| | Andrew M. Ducart (SBN 293714) |
| 10 | aducart@boutinjones.com |
| | 555 Capitol Mall, Suite 1500 |
| 11 | Sacramento, CA 95814 |
| | Telephone: 916.321.4444 |
| 12 | Facsimile: 916.441.7597 |
| 13 | Attorneys for Defendant, AJM PACKAGING, INC. |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO)

| | |
|---|---|
| DURO HILEX POLY, LLC, a Delaware Limited Liability Company, and LORAL YOUNG, an individual,<br><br>       Plaintiffs,<br><br> vs.<br><br>AJM PACKAGING, INC., a Michigan Corporation; and DOES 1-20, inclusive,<br><br>       Defendants. | Case No. 2:16-cv-02078-JAM-DB<br><br>**STIPULATION AND ORDER TO EXTEND PARTIES' TIME TO FILE DISPOSITIONAL DOCUMENTS** |

Plaintiffs DURO HILEX POLY, LLC and LORAL YOUNG (collectively "Plaintiffs") and AJM PACKAGING, INC. ("Defendant") (collectively the "Parties") hereby stipulate and respectfully request that the Court enter an order pursuant to Local Rule 160(b) extending the

1

Parties' time to file dispositional documents from the current deadline of November 2, 2017, to November 16, 2017.

Good cause exists for the Parties' request because, in the time since the Parties' previous request for extension of time, the Parties have finalized the details of their settlement agreement and are awaiting Plaintiffs signature, which is anticipated to occur within the next several days. The Parties will file the dispositional documents as soon as reasonably possible. This is the Parties' second request for an extension of time regarding the deadline to file dispositional documents in this matter.

Date: November 6, 2017  FISHER & PHILLIPS LLP

By: */s/ Alden J. Parker* (as authorized on November 3, 2017)
Alden J. Parker
Katherine P. Sandberg

Attorneys for Plaintiffs
DURO HILEX POLY, LLC and LORAL YOUNG

Date: November 6, 2017  BOUTIN JONES INC.

By:   */s/ James D. McNairy*
James D. McNairy
Andrew M. Ducart

Attorneys for Defendant
AJM PACKAGING, INC.

## **ORDER**

Pursuant to stipulation and Local Rule 160(b), and for good cause shown, the Parties' deadline to file dispositional documents in this action is extended to November 16, 2017.

IT IS SO ORDERED.

Dated: 11/6/2017 /s/ John A. Mendez
UNITED STATES DISTRICT JUDGE