1  FISHER & PHILLIPS LLP
   Alden J. Parker, State Bar No. 196808
2  Email: aparker@fisherphillips.com
   Katherine P. Sandberg, State Bar No. 301117
3  Email: ksandberg@fisherphillips.com
   621 Capitol Mall, Suite 1400
4  Sacramento, CA 95814
   Telephone: (916) 210-0400
5  Facsimile: (916) 210-0401

6  Attorneys for Plaintiffs
   DURO HILEX POLY, LLC AND LORAL YOUNG
7

8  BOUTIN JONES INC.
   James D. McNairy (SBN 230903)
9  jmcnairy@boutinjones.com
   Andrew M. Ducart (SBN 293714)
10 aducart@boutinjones.com
   555 Capitol Mall, Suite 1500
11 Sacramento, CA 95814
   Telephone: 916.321.4444
12 Facsimile: 916.441.7597

13 Attorneys for Defendant, AJM PACKAGING, INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO)**

| | |
|---|---|
| DURO HILEX POLY, LLC, a Delaware Limited Liability Company, and LORAL YOUNG, an individual,<br><br>　　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>AJM PACKAGING, INC., a Michigan Corporation; and DOES 1-20, inclusive,<br><br>　　　　　　　　　Defendants. | Case No. 2:16-cv-02078-JAM-DB<br><br>**STIPULATION AND ORDER TO EXTEND PARTIES' TIME TO FILE DISPOSITIONAL DOCUMENTS** |

　　　　Plaintiffs DURO HILEX POLY, LLC and LORAL YOUNG (collectively "Plaintiffs") and AJM PACKAGING, INC. ("Defendant") (collectively the "Parties") hereby stipulate and respectfully request that the Court enter an order pursuant to Local Rule 160(b) extending the

1 | Parties' time to file dispositional documents from the current deadline of November 16, 2017, to
2 | November 30, 2017.

Good cause exists for the Parties' request because, in the time since the Parties' previous request for extension of time, the Parties have finalized the details of their settlement agreement and are awaiting Plaintiffs signature. However, with the Thanksgiving holiday season, the Plaintiff has not been able to obtain signatures for the settlement agreement. The Parties will file the dispositional documents as soon as reasonably possible. This is the Parties' third request for an extension of time regarding the deadline to file dispositional documents in this matter.

Date: November 16, 2017  FISHER & PHILLIPS LLP

By: */s/ Alden J. Parker*
    Alden J. Parker
    Katherine P. Sandberg

    Attorneys for Plaintiffs
    DURO HILEX POLY, LLC AND LORAL YOUNG

Date: November 16, 2017  BOUTIN JONES INC.

By: */s/ Andrew M. Ducart*
    James D. McNairy
    Andrew M. Ducart

    Attorneys for Defendant
    AJM PACKAGING, INC.

| | |
|---|---|
| 1 | **<u>ORDER</u>** |
| 2 | Pursuant to stipulation and Local Rule 160(b), and for good cause shown, the Parties' |
| 3 | deadline to file dispositional documents in this action is extended to November 30, 2017. |
| 4 | |
| 5 | IT IS SO ORDERED. |
| 6 | |
| 7 | Dated: November 17, 2017 |
| 8 | <u>**/s/ JOHN A. MENDEZ**</u> |
| 9 | John A. Mendez<br>UNITED STATES DISTRICT COURT JUDGE |