1   FISHER & PHILLIPS LLP
    Alden J. Parker, State Bar No. 196808
2   Email: aparker@fisherphillips.com
    Katherine P. Sandberg, State Bar No. 301117
3   Email: ksandberg@fisherphillips.com
    621 Capitol Mall, Suite 1400
4   Sacramento, CA 95814
    Telephone: (916) 210-0400
5   Facsimile: (916) 210-0401

6   Attorneys for Plaintiffs
    DURO HILEX POLY, LLC AND LORAL YOUNG
7

8   BOUTIN JONES INC.
    James D. McNairy (SBN 230903)
9   jmcnairy@boutinjones.com
    Andrew M. Ducart (SBN 293714)
10  aducart@boutinjones.com
    555 Capitol Mall, Suite 1500
11  Sacramento, CA 95814
    Telephone: 916.321.4444
12  Facsimile: 916.441.7597

13  Attorneys for Defendant, AJM PACKAGING, INC.

14

15              **UNITED STATES DISTRICT COURT**

16          **EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO)**

17

| | |
|---|---|
| 18  DURO HILEX POLY, LLC, a Delaware Limited Liability Company, and LORAL YOUNG, an | Case No.  2:16-cv-02078-JAM-DB |
| 19  individual, | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER** |
| 20                              Plaintiffs, | |
| 21          vs. | |
| 22  AJM PACKAGING, INC., a Michigan Corporation; and DOES 1-20, inclusive, | |
| 23                              Defendants. | |
| 24 | |

25       Plaintiffs DURO HILEX POLY, LLC and LORAL YOUNG (collectively "Plaintiffs") and

26  AJM PACKAGING, INC. ("Defendant") (collectively the "Parties"), by and through their

27  undersigned counsel, hereby agree and stipulate, pursuant to Federal Rules of Civil Procedure, Rule

28  41(a)(1)(A)(ii), that the entire action and all claims in Plaintiff's Complaint are hereby dismissed

                                      1

with prejudice as to future action with each party to bear their or its respective costs, expenses and attorneys' fees.

Date: December 1, 2017                         FISHER & PHILLIPS LLP


                                                By: _/s/ Alden J. Parker_____
                                                    Alden J. Parker
                                                    Katherine P. Sandberg

                                                    Attorneys for Plaintiffs
                                                    DURO HILEX POLY, LLC AND LORAL YOUNG


Date: December 1, 2017                         BOUTIN JONES INC.


                                                By: _/s/ Andrew M. Ducart_____
                                                    James D. McNairy
                                                    Andrew M. Ducart

                                                    Attorneys for Defendant
                                                    AJM PACKAGING, INC.

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER
FPDOCS 33462698.1

## **ORDER**

Good cause appearing, the above-referenced action is hereby DISMISSED WITH PREJUDICE as to all parties pursuant to Federal Rule of Civil Procedure 41(a)(1) )(A)(ii). Each party shall bear their own costs, including attorneys' fees.

IT IS SO ORDERED.


Dated: December 1, 2017                                    **/s/ JOHN A. MENDEZ**
                                                          UNITED STATES DISTRICT JUDGE

---

3

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER